UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

MARCOS ANTONIO ROMERO BARROSO §
§
VS. § CIVIL ACTION NO. 5:26-cv-168
§
WARDEN, WEBB COUNTY DETENTION §
CENTER *et al.* §

**ORDER**

Before the Court is Petitioner Marcos Antonio Romero Barroso's Petition for Writ of Habeas Corpus (Dkt. No. 1). The case was originally filed by Petitioner's spouse, Johana Paola Vides Almarza as a next friend (Dkt. No. 1 at 5). The Court, identifying deficiencies in Johana's next friend status, ordered Petitioner to show cause why the petition should not be dismissed for lack of subject matter jurisdiction. (Dkt. No. 4). Petitioner Marcos responded, stating that he is personally appearing in this matter and "adopts, ratifies, and verifies the previously filed Petition" (Dkt. No. 7 at 2). As such, Petitioner asserts that the defect related to Johana's next friend status is cured (Dkt. No. 7 at 2). The Court agrees.

Thus, having reviewed the pleading and given the complexity of the claims, the Court hereby **ORDERS** Respondents to file a response and serve it on Petitioner within **ten (10) days** of the date of service by the Clerk of Court.[1] The responsive pleading **must** specifically address whether this Court has jurisdiction to entertain this Petition. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). **Given the time-sensitive nature of Petitioner's claims, no extensions will be granted**.

---

[1] Any deadlines set forth in a civil summons issued by the Clerk of Court are superseded by the deadlines set forth in this Order.

It is further **ORDERED** that if Petitioner elects to file a reply, he may do so no later than **seven (7) days** after Respondents files their respective answers or responses. *See* Rule 5(e) of the Rules Governing Section 2254 Proceedings.

Pursuant to the Memorandum of Understanding dated January 29, 2026, the Court **FOREGOES** mail service. The Clerk of Court is **DIRECTED** to electronically serve the Petition for Writ of Habeas Corpus (Dkt. No. 1), and this Order on the Southern District of Texas's Civil Chief Daniel Hu at USATXS.CivilNotice@usdoj.gov.

Such service does not substitute for the requirements of formal service but is instead intended only to provide Respondents notice and an opportunity to be heard at this initial juncture. **<u>Petitioner is directed to serve Respondents in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and include a copy of this Order with that service</u>**.

To preserve the status quo while the Court considers this matter, Respondents are **ORDERED** to notify Petitioner's counsel and the Court of any anticipated or planned transfer of Petitioner outside the Southern District of Texas, Laredo Division, or any planned removal of him from the United States, **<u>at least five (5) days before</u>** any such transfer or removal.

Finally, Respondents will not be served further notice of activity on this docket. Instead, they must arrange to monitor the docket themselves, either by automatic electronic service or otherwise.

The Clerk of Court is also **DIRECTED** to serve a copy of this Order on Marcos

Antonio Romero Barroso via United States mail at:

Marcos Antonio Romero Barroso
A-Number: 220-445-806
Webb County Detention Center
9998 S. Highway 83
Laredo, TX 78046


It is so **ORDERED**.

**SIGNED** March 24, 2026

Marina Garcia Marmolejo
United States District Judge

3